# IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| YVONDA WILLMET,<br>        Plaintiff,<br><br>v.<br><br>BENCHMARK HUMAN SERVICES; and<br>PEOPLE FIRST COMMUNITIES,<br><br>        Defendants. | Case No. CIV-25-240-RAW-JAR |

## ORDER

Before the court is the Findings and Recommendation ("F&R") issued by Magistrate Judge Jason A. Robertson [Docket No. 18], recommending that the motion to dismiss for lack of jurisdiction [Docket No. 14] be granted and that this action be dismissed in its entirety for lack of subject matter jurisdiction. No objection has been filed.

Plaintiff sought declaratory and injunctive relief to preclude Benchmark from opening a crisis center in a particular location in Wagoner County, Oklahoma. The contract for that crisis center has since been terminated by the Oklahoma Department of Health Services, and Plaintiff stipulates that the complaint is moot and should be dismissed. The other Defendant in this case has never been served.

The court finds that the F&R is well-supported. Magistrate Judge Robertson correctly determined that this action should be dismissed. Accordingly, the F&R [Docket No. 18] is hereby affirmed and adopted as this court's Findings and Order. The motion to dismiss for lack of jurisdiction [Docket No. 14] is granted. This action is hereby dismissed.

**IT IS SO ORDERED** this 23rd day of March, 2026.

_____
**THE HONORABLE RONALD A. WHITE**
**UNITED STATES DISTRICT JUDGE**
**EASTERN DISTRICT OF OKLAHOMA**